IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JONES, | ) | |
| as Executor of the Estate of | ) | |
| DAVID E. JONES and | ) | |
| SARA J. JONES, individually, | ) | Case No. 2016-CV-50088 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| JACK GRAY TRANSPORT, INC., JACK | ) | |
| GRAY TRANSPORTATION SERVICES | ) | |
| INC., and JAY S. TAYLOR, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFAULT JUDGMENT

Defendants, JACK GRAY TRANSPORT, INC., JACK GRAY TRANSPORTATION SERVICES, INC. and JAY S. TAYLOR, having failed to plead or other defend in this action, and counsel for plaintiffs having requested judgment against the defaulted defendants and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55(b);

Judgment is hereby entered in favor of plaintiffs, Christopher Jones, as Executor of the Estate of David E. Jones, Deceased, and Sara J. Jones, individually and against defendants, JACK GRAY TRANSPORT, INC., JACK GRAY TRANSPORTATION SERVICES, INC. and JAY S. TAYLOR, jointly and severally as to liability and the Clerk shall set a hearing for damages on every count of Plaintiffs' Complaint.

Dated this 19th day of April, 2016.

_____
Honorable Iain D. Johnston