**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| Christopher Jones, et al. | ) | |
| Plaintiffs, | ) | Case No: 3:16 cv 50088 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| Jack Gray Transport, Inc., et al. | ) | |
| Defendants. | ) | |

## ORDER, REPORT AND RECOMMENDATION

Motion hearing held on 4/28/2016.   It is this Court's Report and Recommendation that Plaintiffs' motion for entry of default [13] be denied.   Any objection to this Report and Recommendation must be filed by 5/13/2016.   Failure to object may constitute a waiver of objections on appeal.   *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).   Defendants' motion for extension of time [17] is granted.   Defendants' answers and motion to dismiss shall be filed by 5/2/2016.   Telephonic status hearing set for 5/10/2016 at 1:30 PM.   By 5/6/2016, counsel shall review the Court's standing order on telephonic status hearings and provide direct-dial numbers for the hearing to the Court's operations specialist, who will initiate the call.

(:10)

Date:   April 28, 2016                                       /s/ Iain D. Johnston
                                                                        U.S. Magistrate Judge