# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Christopher Jones, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No: 16 C 50088 |
| ) | |
| Jack Gray Transport, Inc., et al., ) | |
| ) | |
| *Defendants*. ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [24] from the magistrate judge recommending that this court deny plaintiffs' corrected motion for entry of default [13]. Defendants moved to extend the time to answer and then answered the complaint prior to any entry of default against them. Furthermore, despite being given an opportunity, plaintiffs do not object to the R&R. Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R and denies plaintiffs' corrected motion for entry of default [13].

Date: 5/23/2016                    ENTER:

                                   _____
                                   FREDERICK J. KAPALA
                                   District Judge