# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Christopher Jones, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No: 16 C 50088 |
| | ) | |
| Jack Gray Transport, Inc., et al., | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

Based on the parties' agreement, defendant's motion to dismiss [28] is granted. Counts II, V, VIII and XI are dismissed with prejudice, and Count XIII is dismissed only as to defendant Jack Gray Transportation Services, Inc. As a result, Jack Gray Transportation Services, Inc. is dismissed from this action.

Date: 6/1/2016                                    ENTER:

                                                  _____
                                                  FREDERICK J. KAPALA
                                                  District Judge