**IN THE UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER JONES, as Executor of | ) | |
| the Estate of DAVID E. JONES and | ) | |
| SARA J. JONES, individually, | ) | |
| | ) | No:  16 CV 50088 |
| Plaintiffs, | ) | |
| v. | ) | Honorable Judge Frederick J. Kapala |
| | ) | |
| JACK GRAY TRANSPORT, INC., | ) | Magistrate Judge Iain D. Johnston |
| and JAY S. TAYLOR, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED MOTION TO APPROVE SETTLEMENT OF WRONGFUL DEATH CAUSE OF ACTION AND TO APPROVE DISTRIBUTION OF FUNDS

Plaintiffs, Christopher Jones, as Executor of the Estate of David E. Jones and Sara J, Jones, individually, by and through their attorney Rodney W. Kimes of BOLGRIEN, KOEPKE, KIMES & LIVINGSTON, LLC, move this Court for an entry of an order approving of the settlement and the distribution of the settlement funds in this cause of action as follows [1]:

1.      On June 16, 2014, Sara Jones was driving a 2014 Toyota Rav4 in a southerly direction on Interstate 39 at mile post 113 in Ogle County, Illinois with David E. Jones was a front seat passenger in said vehicle. Defendant Jay S. Taylor was operating a Jack Gray Transport, Inc. truck tractor hauling a loaded semi-trailer that rear ended the Jones Vehicle. Sara Jones suffered a traumatic brain injury and David Jones died as a result of the collision. Both were retired. This lawsuit ensued.

---

[1] [The parties agreed that the terms of the proposed settlement would remain confidential. The plaintiff will submit a confidential version of this motion with exhibits ("Confidential Motion") and a proposed order to the Court via email concurrent with the filing of this motion.]

2.      Sara Jones has also agreed to settle her own personal injury claims pursuant to the terms of the settlement and this motion. Christopher Jones is currently the Power of Attorney for Sara Jones, and Attorney Gerald Shelton has been appointed Guardian ad Litem in a guardianship case currently pending in Winnebago County, Illinois, and in their capacity have approved of the settlement and the proposed distribution. (Exhibit A, Affidavit of Attorney Gerald Shelton; Exhibit B, Affidavit of Christopher Jones).

3.      Based upon the facts and circumstances of this case, Plaintiffs and their attorneys have agreed that the settlement offer by the Defendants, Jack Gray Transport, Inc. and Jay S. Taylor, is reasonable and recommend it to the Court. Plaintiffs state that the proposed settlement has been fully explained to all plaintiffs. (See attached as Exhibit A; Exhibit B; Exhibit C, Affidavit of Matthew Jones; and Exhibit D, Affidavit of Timothy Jones).

4.      Plaintiffs entered into a contingency fee agreement with their attorneys for one-third of the gross settlement, and Plaintiffs request attorney's fees to be structured according to Exhibit E attached to the Confidential Motion.

5.      Plaintiffs' attorneys have incurred reasonable and necessary expenses in the amount of One Hundred Twenty-Seven Thousand Four Hundred Seventy Dollars and Twenty-Six Cents ($127,470.26). Plaintiffs' attorneys request reimbursement of these expenses. Plaintiffs submit Exhibit F with their Confidential Motion itemizing said expenses, which shall be structured according to Exhibit E.

6.      There exists certain liens on the proceeds of the settlement which are as follows:

Medicare:              $49,525.06 (Forty Nine Thousand Five Hundred Twenty-Five Dollars and Six Cents)

Country Mutual: $6,666.67 (Six Thousand Six Hundred Sixty Six Dollars and Sixty Seven Cents)

The Plaintiffs represent that all other liens or claims by subrogated parties have been satisfied or otherwise extinguished. The plaintiffs agree that they are responsible, and will indemnify the Defendants and their insurance carriers for any and all liens or other claims on the settlement proceeds.

7.      At the time of his death, DAVID E. JONES left surviving him:

Sara J. Jones         Wife

Christopher Jones     Son

Matthew Jones         Son

Timothy Jones         Son

8.      The surviving spouse and each of the next of kin of the Decedent have agreed upon the percentage of dependency and allocation of the net settlement proceeds (after the noted lien reimbursements, the Plaintiffs' attorneys fees, and the costs and expenses have been deducted) as set forth in Exhibit G attached to the Plaintiff's Confidential Motion.

9.      Plaintiffs request that the net settlement proceeds be allocated to the Sara Jones' personal injury claim and the wrongful death claims be distributed, as seen on Exhibit H attached to the Confidential Motion, per the consent of the surviving spouse, through Attorney Gerald Shelton as Guardian ad Litem, and next of kin.

10.     Plaintiffs request that Attorney Gerald Shelton as Guardian ad Litem for Sara Jones and Christopher Jones be authorized to execute an agreed general release of all claims.

11.     Plaintiffs further request that this case be dismissed with prejudice, with parties to bear their own costs.

12.     Attached as Exhibit I is the affidavit of Rodney W. Kimes, in further support of this motion.

13.     Defendants' counsel of record, Attorney Jonathan P. Schaefer, has advised that the Defendants have no objection to this motion.


WHEREFORE, Plaintiffs, Christopher Jones, as Executor of the Estate of David E. Jones and Sara J, Jones, individually, pray for an entry of an Order approving the settlement of this cause, approving attorney's fees and litigation expenses incurred and making findings of dependency, approving the distribution of the settlement proceeds in this cause, authorizing Christopher to execute a general release of all claims, and dismissing this case against all defendants with prejudice, with parties to bear their own costs, per the Confidential Motion and proposed order submitted concurrently to the Court via email.

_____
Attorney Rodney W. Kimes
Attorney for Plaintiffs

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

_____
Attorney Rodney W. Kimes
Attorney for Plaintiffs


Rodney W. Kimes
BOLGRIEN, KOEPKE, KIMES & LIVINGSTON, LLC
542 East Grand Avenue
Beloit, WI 53511
608-365-7702
ARDC No.: 6211305

4