# IN THE UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER JONES, as Executor of the Estate of DAVID E. JONES and SARA J. JONES, individually, | ) ) ) |
| Plaintiffs, | ) No: 16 CV 50088 ) |
| v. | ) Honorable Judge Frederick J. Kapala ) |
| JACK GRAY TRANSPORT, INC., and JAY S. TAYLOR, | ) Magistrate Judge Iain D. Johnston ) ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on Plaintiffs' Motion To Approve Settlement of Wrongful Death Cause Of Action And To Approve Distribution Of Funds (Dkt. 100), due notice having been served, and the Defendants having no objections thereto. The motion [100] is granted. Based upon the facts and circumstances of this case, the court makes the following findings and orders:

1. The Court approves the settlement amount, which is fair and reasonable, and authorizes Christopher Jones and Attorney Gerald Shelton, as Guardian ad Litem, to execute a general release of all claims.
2. The Court approves Plaintiffs' attorney's fees.
3. The Court approves Plaintiffs' reasonable and necessary expenses.
4. The Court approves the distribution of the entire settlement proceeds to the surviving spouse and each of the next of kin of the Decedent.
5. This case is dismissed without prejudice, but to become with prejudice 60 days thereafter, and with parties to bear their own costs.

Date: April 5, 2019

x _____
Magistrate Judge Iain D. Johnston