IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Christopher Jones, et al,

Plaintiff(s),

v.

Jack Gray Transport, Inc., et al.,

Defendant(s).

Case No. 16 CV 50088
Judge Iain D. Johnston

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: This case is dismissed without prejudice, but to become with prejudice 60 days thereafter, and with parties to bear their own costs. This case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Iain D. Johnston on a motion to approve settlement.

Date: 4/8/2019

Thomas G. Bruton, Clerk of Court

Yvonne Pedroza , Deputy Clerk